**E-FILED on**   9/30/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAIBO CHI, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DIRECT EQUITIES LLP; DIRECT EQUITIES, INC.; CRAIG N. KIRT; THE ADMINISTRATOR OF THE ESTATE OF CRAIG N. KIRT; INGRID KIRT; STEVE M. SCOTT; KELLY KINGSLAND; PAUL KASPUTIS; ENTRUST ADMINISTRATION, INC.; DAVID WINTER and DOES 1-50.<br><br>  Defendants. | No. C-05-01594 RMW<br><br>ORDER ENTERING DEFAULT AGAINST INGRID KIRT, DIRECT EQUITIES LLP, DIRECT EQUITIES, INC., CRAIG N. KIRT, and the ADMINISTRATOR OF THE ESTATE OF CRAIG N. KIRT; DENYING APPLICATION FOR DEFAULT JUDGMENT<br><br>**[Re Docket Nos. 33, 47]** |

Plaintiffs have asked the court to enter default judgment against defendants Direct Equities LLP, Direct Equities, Inc. (DBA Nationwide Properties), Ingrid Kirt, Craig N. Kirt, and the administrator of the estate of Craig N. Kirt. Plaintiffs requested default be entered against these defendants and Kelly Kingsland and Entrust Administration on June 9, 2005. On June 29, 2005, the clerk of court declined entry of default as to Direct Equities LLP, Direct Equities, Inc. (DBA Nationwide Properties), Ingrid Kirt, Craig N. Kirt, and the administrator of the estate of Craig N. Kirt but entered default as to Kelly Kingsland and Entrust Administration. Plaintiffs subsequently served Ingrid Kirt, who is a general partner of Direct Equities LLP, an officer of Direct Equities, Inc., and the administrator of the estate of Craig N. Kirt (who is now deceased) with,

*inter alia*, summons and first amended complaint on August 11, 2005. Answers were due on August 31, 2005. None of the defendants against whom plaintiffs seek default judgment have appeared in this action. Defendants David Winter and Paul Kasputis have appeared in this action.

"Once a defendant fails to file a responsive answer, he is in default, and an entry of default may be made by either the clerk or the judge." *Jackson v. Beech*, 636 F.2d 831, 835 (D.C. Cir. 1980). It appears that Direct Equities LLP, Direct Equities, Inc., Ingrid Kirt, Craig N. Kirt, and the administrator of the estate of Craig N. Kirt are in default, having been served on August 11, 2005 but having failed to this date to answer or otherwise appear in this action.

Nevertheless, the court denies plaintiffs' application for default judgment against Direct Equities, Inc. (DBA Nationwide Properties), Craig N. Kirt, and the administrator of the estate of Craig N. Kirt. Plaintiffs seek default judgment against these defendants on the first through sixth and eleventh and twelfth claims for the full amount claimed ($950,000.00). Each of these claims is asserted not only against the defendants that are subject of this motion, but against others that have not been served and at least one defendant (and for some claims, two defendants) that has appeared, Paul Kasputis.

Judgment may be entered against less than all of the parties "only upon an express determination that there is no just reason for delay and upon an express direction for the entry of such judgment." Fed. R. Civ. P. 54(b). The entry of default judgment against five of eight (or nine) defendants for the total amount is, therefore, inappropriate absent acknowledgment from plaintiffs that they do not intend to pursue the defendants who are not subject to this motion or an explanation as to why "there is no just reason for delay" in entering judgment against less than all of the defendants. Further, the court needs some evidence showing the nature and amount of the damages sought.

DATED:     9/30/05                                  /s/ Ronald M. Whyte
                                                    RONALD M. WHYTE
                                                    United States District Judge

**Notice of this document has been sent to:**

**Counsel for Plaintiff(s):**

Jingming (James) Cai    jcai@flglawyer.com

**Defendant:**

David Winter
Post Office Box 12397
Zephyr Cove, NV 89448
PRO SE

**Counsel for Defendant(s):**

Margaret M. Schneck    mms@r-winc.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   9/30/05                                    /s/ RMW
                                          **Chambers of Judge Whyte**