1

2

3

4                                               **E-FILED on** _1/23/6_

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

| | |
|---|---|
| 12 HAIBO CHI; DAFENG CHEN; RUILING QIN; TYSON LEE; LIMING MA; TAO JIN; WEI YUAN; XIN ZHOU; YUE XU; BIAO ZHANG; LI ZHANG; RAN XIAO; JEFF ZHU; LINDI WANG; EDMOND CHEN; ZHEN HAO; XUEPU ZHAO; SHUJANE TAN; HAIYING WANG; NING XU, | No. C-05-01594 RMW<br><br>ORDER DISMISSING CLAIMS AGAINST STEVE M. SCOTT; GRANTING PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY COURT<br><br>**[Re Docket No. 54]** |
| Plaintiffs, | |
| v. | |
| DIRECT EQUITIES LLP; DIRECT EQUITIES, INC. (d/b/a NATIONWIDE PROPERTIES); CRAIG N. KIRT; THE ADMINISTRATOR OF THE ESTATE OF CRAIG N. KIRT; INGRID KIRT; STEVE M. SCOTT; KELLY KINGSLAND; PAUL KASPUTIS; ENTRUST ADMINISTRATION, INC.; DAVID WINTER; and DOES 1-50, | |
| Defendants. | |

25          The twenty plaintiffs in this action move to dismiss defendant Steve M. Scot under

26  Fed.R.Civ.P. 42(a)(1).  Dkt. no. 56.  Leave of court is not required to dismiss under Fed.R.Civ.P.

27  42(a)(1) a plaintiff who has not answered, *see Pedrina v. Chun*, 987 F.2d 608 (9th Cir. 1993).  The

28  claims against are dismissed Scott without prejudice.

1    The plaintiffs also seek default judgments against all six remaining defendants.  All plaintiffs

2  seek a default judgment against Ingrid Kirt, Craig Kirt and the administrator of his estate, Kelly

3  Kingsland, Direct Equities Inc., and Direct Equities LLP in the amount of $950,500.  Plaintiffs

4  Tyson Lee, Dafeng Chen, Xin Zhou, Shu-Jane Tan, and Zhen Hao also seek a default judgment

5  against Entrust Administration, Inc.,  in the amount of $250,000.  The clerk of court entered the

6  default of Kingsland and Entrust Administration, Inc., on June 30, 2005.  Dkt. no. 29.  The court

7  granted plaintiffs' motion for entry of default against Direct Equities LLP, Direct Equities Inc.,

8  Ingrid Kirt, Craig N. Kirt, and the administrator of the estate of Craig N. Kirt on September 30,

9  2005.  Dkt. no. 49.  Two other defendants, David Winter and Paul Kasputis, have previously been

10  dismissed pursuant to stipulation.  Dkt. no. 51.

11    Plaintiffs, in their complaint, sought damages of $950,500.  Compl. at 20.  Plaintiffs,

12  however, move for a default judgment in the amount of $1,200,500.  A default judgment cannot

13  exceed the amount prayed for in the complaint.  Fed.R.Civ.P. 54(b).  The plaintiffs, though, have

14  submitted evidence of the amounts of their individual claims against the defendants.  *See*

15  "Declaration of James Cai in Support [of] Application for Default Judgment by Court," Ex. A (dkt.

16  no. 52-3).  A judgment in the following form is supported by the evidence submitted, and at the

17  hearing on the motion the plaintiffs stated that a such judgment would be acceptable:

18
19
- In favor of Dafeng Chen and Ruilin Qin jointly and severally against Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP in the amount of $80,000;

20
21
- in favor of Edmond Chen jointly and severally against Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP in the amount of $20,000;

22
- in favor of Haibo Chi jointly and severally against Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP in the amount of $110,000;

23
24
- in favor of Tao Jin jointly and severally against Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP in the amount of $20,000;

25
26
- in favor of Tyson Lee jointly and severally against Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP in the amount of $240,500;

27
- in favor of Tyson Lee jointly and severally against Entrust, Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP  in the amount of $160,000;

28

- in favor of Zheng Hao jointly and severally against Entrust, Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP  in the amount of $20,000;

- in favor of Liming Ma jointly and severally against Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP in the amount of $20,000;

- in favor of Shu-Jane Tan jointly and severally against Entrust, Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP  in the amount of $30,000;

- in favor of Ran Xiao jointly and severally against Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP in the amount of $20,000;

- in favor of Yue Xu jointly and severally against Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP in the amount of $40,000;

- in favor of Haiying Wang and Ning Xu jointly and severally against Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP in the amount of $20,000;

- in favor of Wel Yuan jointly and severally against Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP in the amount of $20,000;

- in favor of Biao Zhang jointly and severally against Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP in the amount of $40,000;

- in favor of Li Zhang jointly and severally against Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP in the amount of $20,000;

- in favor of Xuepu Zhao jointly and severally against Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP in the amount of $30,000;

- in favor of Xin Zhou jointly and severally against Entrust, Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP  in the amount of $20,000;

- and in favor of Jeff Zhu and Lindi Wang jointly and severally against Ingrid Kirt, Craig Kirt and the administrator of his estate, Kingsland, Direct Equities Inc., and Direct Equities LLP in the amount of $40,000.

These judgments total $950,500, the amount sought in the complaint.  The court will award plaintiffs a default judgment in the above amounts against the remaining defendants.

DATED:       1/19/06                              /s/ Ronald M. Whyte
                                                 RONALD M. WHYTE
                                                 United States District Judge

1   **Notice of this document has been electronically sent to:**

2   **Counsel for Plaintiffs:**

3   Judith Pearce
    Jingming (James) Cai                 jcai@flglawyer.com

4   **Counsel for Defendants:**

5

6   Counsel are responsible for distributing copies of this document to co-counsel that have not
    registered for e-filing under the court's CM/ECF program.

7

8

9

    **Dated:**       1/23/6                    /s/ JH
10                                                 **Chambers of Judge Whyte**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY COURT—No. C-05-01594 RMW
JAH                                         4